```
┌─────────────────────────────────┐
│ USDC-SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC#:                           │
│ DATE FILED: 7/27/15             │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR MORALES *On behalf of himself and all others similarly situated*,

                Plaintiff,

                v.

FAMOUS ITALIAN VILLAGE, INC. *doing business as* ITALIAN VILLAGE PIZZERIA & RESTAURANT and JOSEPH NOTARO,

                Defendants.

No. 15-CV-5786 (RA)

ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

This matter is referred to Magistrate Judge Fox for the following purpose:

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction): |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated: July 24, 2015
            New York, New York

                              Ronnie Abrams
                              United States District Judge