```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR MORALES On behalf of himself         :
and other employees similarly situated,     :
                                            :
                Plaintiff,                  :
                                            :
        -against-                           :       ORDER
                                            :
FAMOUS ITALIAN VILLAGE, INC. d/b/a          :       15 Civ. 5786 (RA)(KNF)
ITALIAN VILLAGE PIZZERIA                    :
& RESTAURANT and JOSEPH NOTARO,             :
                                            :
                Defendants.                 :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/15

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A conference was held with counsel to the respective parties on October 8, 2015. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before February 15, 2016;

2. the last date on which to amend pleadings will be November 9, 2015;

3. the last date on which to join additional parties will be November 9, 2015;

4. a telephonic status conference shall be held with the parties on January 20, 2016, at 10:00 a.m. Counsel to the plaintiff shall initiate the telephonic conference on that date;

5. any dispositive motion shall be served and filed on or before March 10, 2016;

6. the response to any dispositive motion, and any reply, shall be served and filed in accordance with Local Civil Rule 6.1 of this court; and

7. the parties shall confer and, thereafter, submit to the Court a joint writing in which they propose three (3) dates on which all parties are available to participate in a settlement conference.

Dated: New York, New York
       October 13, 2015

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE